[No. 35468-3-II.   Division Two.   January 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MCINTYRE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-1-00233-4, James B. Sawyer II, J., entered October 18, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Hunt, JJ.

[No. 35585-0-II.   Division Two.   January 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. HERMAN SATTERWHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02305-0, Thomas Felnagle, J., entered November 2, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Hunt, JJ.

[No. 35785-2-II.   Division Two.   January 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAKE WAYNE VIGIL-CROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-05089-0, Katherine M. Stolz, J., entered December 8, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J.; Quinn-Brintnall, J., concurring separately.

[No. 35788-7-II.   Division Two.   January 29, 2008.]

ROBERT BONNEVILLE, *Appellant*, v. KITSAP COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-2-00794-0, Theodore F. Spearman, J., entered December 8, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Van Deren, J.